IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ALBERT DENNIS SHERROD,**

       **Plaintiff,**　　　　　　CV F 05 1069 OWW WMW P

  vs.　　　　　　　　　　　　**ORDER RE MOTION (DOC 29)**

**JAMES BRODERICK, et al.,**

       **Defendants.**

     **Plaintiff has filed a motion for extension of time.  The first amended complaint, timely filed, is before the court.  Plaintiff has no outstanding deadlines. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time is denied as moot.**

IT IS SO ORDERED.

**Dated:    August 2, 2007**　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1